| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Trans. Court)* 0644 1:08CR-00030-R |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* 3:14-00054-01 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: Timothy Crutcher Nashville, TN | DISTRICT Western Kentucky | DIVISION Bowling Green |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE Thomas B. Russell, Senior U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM 1/13/2014 — TO 1/12/2018 |

OFFENSE

Aiding and Abetting Knowingly and Intentionally Possess With Intent to Distribute Cocaine, a Schedule II Controlled Substance [18 USC 841(b)(1)(B)(ii) and 18 USC 2]

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __KENTUCKY__

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of this Court to the United States District Court for the __Middle District of Tennessee, Nashville Division__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 5, 2014
*Date*

*Thomas B. Russell* (signature)
Thomas B. Russell, Senior Judge
United States District Court

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __MIDDLE__ DISTRICT OF __TENNESSEE (Nashville Division)__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

3-31-14
*Effective Date*

(signature)
UNITED STATES DISTRICT JUDGE